# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Guilford, Andrew J. | U.S. District Court-CA-C | 2/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active & Senior | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☐ Amended Report | 1/1/2019<br>**to**<br>1/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
411 W. Fourth Street #10160
Santa Ana, CA 92701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Federal Bar Association, Orange County Chapter |
| 2. | Member | Dean's Advisory Council, UCI School of Law |
| 3. | Member | Board of Visitors, Chapman University School of Law |
| 4. | Member | Ninth Circuit Jury Instructions Committee |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Guilford, Andrew J. | 2/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sedona Conference WG9 and WG10 Joint Annual Meeting | 3/27-29/2019 | Philadelphia, PA | Patent Conference | Transportation and Lodging |
| 2. | Los Angeles Intellectual Property Law Association | 4/26-28/2019 | Rancho Palos Verdes, CA | Intellectual Property Seminar | Transportation and Lodging |
| 3. | Association of Business Trial Lawyers | 10/3-6/2019 | La Quinta, CA | Annual Seminar | Transportation and Lodging |
| 4. | Berkeley-Tsinghua Transnational Intellectual Property Litigation Conference | 10/22/2019 | Berkeley, CA | Intellectual Property Litigation Conference | Transportation and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guilford, Andrew J.** | 2/21/2020 |

| 5. | Renmin University of China | 1/18-19/2020 | Beijing, China | International Symposium on Judicial Protection of Intellectual Property | Transportation and Lodging |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Guilford, Andrew J. | 2/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | American College of Trial Lawyers | Membership | $600.00 |
| 2. | Judge Christina Snyder | Dodgers Tickets | $400.00 |
| 3. | Aaron Malo | Lakers Tickets | $400.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Guilford, Andrew J.** | 2/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Bank of America Accounts | A | Interest | K | T | | | | | |
| 2.   AMERIPRISE TRUST (IRA) | | | | | | | | | |
| 3.   Ameriprise Money Market | A | Interest | L | T | | | | | |
| 4.   Pimco Short Term CL A | B | Interest | L | T | | | | | |
| 5.   Pimco Foreign Bond Hedged CL A | B | Interest | L | T | | | | | |
| 6.   Pimco Income CL A | D | Interest | N | T | | | | | |
| 7.   Ishares Core S&P 500 ETF | B | Interest | M | T | | | | | |
| 8.   Ishares Core S&P Mid Cap ETF | A | Interest | K | T | | | | | |
| 9.   Ishares Core S&P Small Cap ETF | A | Interest | K | T | | | | | |
| 10.  Ishares Currency Hedged MSCI EAFE ETF | A | Interest | K | T | | | | | |
| 11.  Pimco Govt Money Mkt CL A | C | Interest | M | T | | | | | |
| 12.  Pimco Strategic Bond CL A | C | Interest | M | T | | | | | |
| 13.  SPDR | B | Interest | M | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew J. Guilford**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544